## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

MICHAEL R. ROBINSON                                                   PLAINTIFF

v.                   No. 3:09CV00098 JLH/HLJ

ZANE BOYD; DICK BUSBY;
CHRISTOPHER BROWN;
ANGIE BRANSTETTER; and SHAWN HAIR                  DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state a claim. The relief sought is denied.

IT IS SO ADJUDGED this 11th day of September, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE